Stanley Dranicki, Defendant in Error, v. Julian B. Oglozinski, Plaintiff in Error.

Gen. No. 21,706.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. JOSEPH E. RYAN, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Affirmed. Opinion filed October 10, 1916.

## Statement of the Case.

Action by Stanley Dranicki, plaintiff, against Julian B. Oglozinski, defendant. To review a judgment for plaintiff, defendant prosecutes a writ of error.

MYER H. GLADSTONE, for plaintiff in error.

GEORGE M. WEICHELT, for defendant in error.

MR. JUSTICE McGOORTY delivered the opinion of the court.

## Abstract of the Decision.

MUNICIPAL COURT OF CHICAGO, § 31*—*when judgment affirmed on appeal.* Where the record on appeal contained no bill of exceptions or stenographic report, but merely contained what purported to be a statement of facts which was so incomplete and insufficient as not to enable the court to say that a verdict for the plaintiff was against the manifest weight of the evidence, the judgment was affirmed.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.